AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| MARK J. SHOTWELL<br>*Plaintiff/Petitioner*<br>STATE OF DELAWARE<br>*Defendant/Respondent* | )<br>)<br>)<br>)<br>) Civil Action No. **16 - 441** |

**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**
**(Long Form)**

2016 JUN 15 PM 12:43

---

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: _____

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: _____**06/15/2016**_____

---

1.  For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ UNDER $200.⁻ | $ N/A | $ 0.⁻ | $ N/A |
| Self-employment (ODD-JOBS) | $ 75.⁻ | $ N/A | $ 0.⁻ | $ N/A |
| Income from real property *(such as rental income)* | $ 0.⁻ | $ N/A | $ 0.⁻ | $ N/A |
| Interest and dividends | $ 0.⁻ | $ N/A | $ 0.⁻ | $ N/A |
| Gifts | $ 20.⁻ | $ N/A | $ 0.⁻ | $ N/A |
| Alimony | $ 0.⁻ | $ N/A | $ 0.⁻ | $ N/A |
| Child support | $ 0.⁻ | $ N/A | $ 0.⁻ | $ N/A |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ 0.— | $ N/A | $ 0.— | $ N/A |
| Disability *(such as social security, insurance payments)* | $ 0.— | $ N/A | $ 0.— | $ N/A |
| Unemployment payments | $ 0.— | $ N/A | $ 0.— | $ N/A |
| Public-assistance *(such as welfare)* ENERGY ASSIST. | $ 40.— | $ N/A | $ 0.— | $ N/A |
| Other *(specify)*: FOOD STAMPS (EBT) | $ 150.— | $ N/A | $ 190.— | $ N/A |
| Total monthly income: | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| RED ROBIN | NEWARK, DE | 06/01/2016 — 06/04/2016 | $ 21 HRS @ 8 50/HR (TOTAL) |
| FASTENAL | NEWARK, DE | 03/04/2016 — 03/14/2016 | $ 452.7 (TOTAL) |

(+ SEE ATTACHED)

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| N/A | N/A | N/A | $ N/A |
| | | | $ |

4. How much cash do you and your spouse have? $ $10.00

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| WSFS BANK | CHECKING | $ 0.49 | $ N/A |
| WSFS BANK | CHECKING | $ 0.00 | $ N/A |
| | | $ | $ N/A |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5.   List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
| --- | --- |
| Home *(Value)*  NOT OWNED — VALUE APPROX. 150K STILL OWE 110K | $ APPROX $50K EQUITY |
| Other real estate *(Value)* | $ N/A |
| Motor vehicle #1 *(Value)* | $ APPROX $1,800.— |
| Make and year:  NISSAN 2002 | |
| Model:  MAXIMA | |
| Registration #: VIN# JN1DA31D52T411805 | |
| Motor vehicle #2 *(Value)* | $ N/A |
| Make and year: | |
| Model: | |
| Registration #: | |
| Other assets *(Value)*  GOLD NECKLACE (RELIGIOUS) | $ APPROX $400.— |
| Other assets *(Value)* | $ N/A |

6.   State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
| --- | --- | --- |
| N/A | $ N/A | $ N/A |
| | $ | $ |
| | $ | $ |

7.   State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
| --- | --- | --- |
| N/A | N/A | P/A |
| | | |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.    Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>Are real estate taxes included?  ☒ Yes  ☐ No<br>Is property insurance included?  ☒ Yes  ☐ No | $ 860.—/Mo | $ N/A |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ 425.—/Mo | $ N/A |
| Home maintenance *(repairs and upkeep)* | $ 0.— (No INCOME) | $ N/A |
| Food | $ 190/mo (MAX EBT) | $ N/A |
| Clothing | $ 0.— (No INCOME) | $ N/A |
| Laundry and dry-cleaning | $ 0.— (INCLUDED IN UTILITES) | $ N/A |
| Medical and dental expenses | $ 0.— | $ N/A |
| Transportation *(not including motor vehicle payments)* | $ 50.— (GAS) | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0.— (No INCOME) | $ N/A |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|     Homeowner's or renter's: | $ w/ MORTGAGE | $ N/A |
|     Life: | $ N/A (0.—) | $ N/A |
|     Health: | $ N/A (0.—) | $ N/A |
|     Motor vehicle: | $ 130.—/Mo | $ N/A |
|     Other: | $ N/A (0.—) | $ N/A |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ N/A (0.—) | $ N/A |
| Installment payments | | |
|     Motor vehicle: | $ N/A (0.—) | $ N/A |
|     Credit card *(name):* | $ N/A (0.—) | $ N/A |
|     Department store *(name):* MACY'S (TOTAL APPROX $300 OWED) | $ 30.7/Mo (UNPAID) | $ N/A |
|     Other: ✱ ⟶ | $ SEE ATTACHED | $ N/A |
| Alimony, maintenance, and support paid to others | $ N/A (0.—) | $ N/A |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ N/A (0.~) | $ N/A |
| Other *(specify)*: ⭐ ⟶ | $ SEE ATTACHED | $ N/A |
| Total monthly expenses: | $ 0.00 | $ 0.00 |

9.    Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☐ Yes    ☒ No    If yes, describe on an attached sheet.

10.    Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?    ☒ Yes    ☐ No

If yes, how much?    $ EXPERT FORENSICS TESTIMONY @ 350.~/HR, FORENSICS PHONE RE-EXAM LEGAL PROCESS SERVER FEES, ETC...    3 @ 750.~/ea

11.    Provide any other information that will help explain why you cannot pay the costs of these proceedings.

⭐ SEE ATTACHED

12.    Identify the city and state of your legal residence.    NEWARK, DELAWARE

Your daytime phone number:    PRIMARY (302) 518-5983  -  SECONDARY ⟶ (FATHER'S HOUSE # (302) 368-1744)

↑ INCASE PHONE IS SHUT OFF FOR NON-PAYMENT

Your age:    33    Your years of schooling:    COLLEGE

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $ _____ 0.00 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

My home (11 W. Main St. Newark, DE 19702)- some value in equity (owned 10+yrs) but ineligible to refinance

My car [My only vehicle and primary means of transportation]- (2002 Nissan Maxima) - approx value: $1,800.00

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Mortgage #1 (Chase Mortgage)- $680/mo
Mortgage #2 (Citi Mortgage)- $170/mo
Utilities- gas/electric- $220/mo, cable/internet- $120/mo, water- $25/mo, trash- $30/mo, cell-phone- $35/mo
Auto Insurance- $135/mo
Gas(car) / & Related Misc. Expenses- $200/mo

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

N/A- (No biological children or legal-dependents, only legally/ financially responsible for myself)

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:
Aside from monthly responsibilities (listed in Section 6 above):

Slightly behind with some bills (All home-related: mortgage/ utilities/ etc.)- approx. $3,000
Very minor credit-card debt- approx. $320
Back taxes (2014) Federal & State- approx. $3,200-4,000
Loan from parents (listed in Section 3(f) above)- approx. $18,000-20,000

NO COLLEGE-STUDENT LOANS

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: __06/15/2016__

_____
Applicant's signature

MARK J. SHOTWELL
_____
Printed name

\* CONT. FROM SECTION #2 :

| EMPLOYER | ADDRESS | DATES | GROSS MONTHLY AMT $ |
|---|---|---|---|
| KAREN OPTICAL | WILMINGTON, DE | 06/29/2016 - APPROX NOV 2016 | APPROX $1300.-/MO.- |
| EZANGA | MIDDLETOWN, DE | 05/26/2015 - 06/26/2015 | $2919.30 (TOTAL) |
| KAREN OPTICAL | WILMINGTON, DE | 11/03/2014 - 05/22/2015 | APPROX $900.-/MO.- |
| SECURITY ALARM NOW | CHANDLER, AZ | *2 YRS WOULD BE 06/15/2012 - 07/21/2014 | APPROX $3,000/MO.- |

( ORG. STARTED IN DEC. 2013 )

\* CONT. FROM SECTION #8 : CURRENTLY I OWE MY PARENTS APPROX. $18K - $20K FOR PERSONAL LOANS THEY HAVE EXTENDED TO ME FROM THEIR RETIREMENTS, SO I WOULD NOT LOSE MY HOUSE BECAUSE I'M UNABLE SUSTAINABLE EMPLOYMENT SINCE THIS ALL STARTED. [ I HAVE LOST (2) SEPERATE JOBS ($40K-50K) INCOME RANGE WITH IN THE FIRST WEEK BECAUSE OF THIS, WITH OUT WARRANT OR REASONING - NEVER HAD A DISPLIINARY ACTION OR POLICY AGAINST ME EITHER TIME.]

\* CONT. FROM SECTION #11 : AS MENTIONED IN SECTION #8 ABOVE, IT'S BEEN IMPOSSIBLE TO FIND SUSTAINABLE EMPLOYEMENT (ALTHOUGH COLLEGE EDUCATED, AND HIGHLY DRIVEN AND MOTIVATED). I'VE OWNED MY OWN HOME FOR 10+ YRS AND W/ VERY LITTLE ASSISTANCE, BASICALLY PUT MY SELF THROUGH COLLEGE W/ OUT ANY STUDENT LOANS, ETC... UNTIL THIS PAST YEAR I HAVE NEVER RELIED ON ANYONE TO PURCHASE OR PAY THE MORTGAGE, UTILITIES, ETC... I'VE DONE COUNTLESS RENNOVATIONS ON MY HOME OVER THE YEARS AND HAVE EQUITY IN THE HOME, BUT IT DOES ME NO GOOD SINCE I'M UNABLE TO REFINANCE WITH OUT A JOB. I'VE ATTACHED AN AO 240 SHORT FORM TO PROVIDE MORE INFORMATION PERTAING TO MY CURRENT FINANCIAL SITUATION.