(Del. Rev. 11/14) Pro Se General Complaint Form

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

MARK J. SHOTWELL

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

STATE OF DELAWARE

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)*

16 - 441

Civ. Action No. _____
(To be assigned by Clerk Office)

## COMPLAINT
(Pro Se)

Jury Demand?
☐ Yes
☐ No

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date: the full name of a person known to be a minor: or a complete financial account number. A filing may include *only*: the last four digits of a social security number: the year of an individual's birth: a minor's initials: and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

(Del. Rev. 11/14) Pro Se General Complaint Form

## I. PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff: **SHOTWELL MARK J**
Name (Last, First, MI)

**11 W. MAIN ST.**
Street Address

**NEW CASTLE COUNTY   NEWARK   DE   19702**
County, City         State    Zip Code

**(302) 518-5983**           **MARKJSHOTWELL@YAHOO.COM**
Telephone Number             E-mail Address (if available)

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: **STATE OF DELAWARE**
Name (Last, First)

Street Address

County, City         State    Zip Code

Defendant 2:
Name (Last, First)

Street Address

County, City         State    Zip Code

(Del. Rev. 11/14) Pro Se General Complaint Form

**Defendant(s) Continued**

Defendant 3: _____

Name (Last, First)

_____

Street Address

_____

County, City          State          Zip Code

Defendant 4: _____

Name (Last, First)

_____

Street Address

_____

County, City          State          Zip Code

## II.    BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☐ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☐ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☒ **Federal Question:** Claim arises under the Constitution, laws or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

____4th AMENDMENT - CONSTITUTIONAL____

_____

_____

_____

(Del. Rev. 11/14) Pro Se General Complaint Form

## III. VENUE

*This court can hear cases arising out of the Counties of New Castle, Kent, and Sussex in the State of Delaware.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

BECAUSE SUIT IS AGAINST THE STATE OF DELAWARE

## IV. STATEMENT OF CLAIM

Place(s) of occurrence: DELAWARE

Date(s) of occurrence: ON-GOING EVENTS (DATE OF ARREST WAS OCT 16, 2015 'SCRUBBED' PHONE EXTRACTION DATED - 02/02/2016 - 02/03/2016)

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

FACTS:

What happened to you?

THE STATE OF DELAWARE (VARIOUS DEPTS AND AGENCIES) HAVE CLEARLY OVER-STEPPED THEIR LEGAL AUTHORITY ABUSING THEIR POWER AND INFRINGED ON MY CIVIL RIGHTS AS A US CITIZEN. IN ADDITION, THE STATE OF DELAWARE USED INTIMIDATION AND DEFAMATION TACTICS TO ATTEMPT TO COVER-UP THEIR ACTIONS, RESULTING IN FURTHER VIOLATION OF MY CIVIL RIGHTS.

Page 4 of 8

(Del. Rev. 11/14) Pro Se General Complaint Form

As of currently, I can prove the DSHS, Capitol Police, and Delaware State Police have been involved with covering-up the violation of my 4th Amendment Right pertaining to illegal search and seizure that took place by the Middletown Police Dept shortly following my arrest on Oct. 16, 2015 for allegedly violating a PFA order which was awarded under very suspicious circumstances in mid Aug. 2015. The charge for violating the PFA was ultimately dismissed on March 28, 2016, but during this process several 'red-flags' stood out with the timeline and chain of events that took place with my court proceedings. I've attached a copy of the timeline to show the dates of certain suspicious activity involving the Court, Public Defender's office, DOJ, office of Conflict and Counsel, and the Middletown Police Dept, who's ultimately listed as performing the overly-invasive cell phone extraction report. Also, over the past few months I have found it very difficult to accept that the report I ended up with is clearly missing various information I know 100% and can prove, that should be on the report. I have spoken w/ forensics experts who specialize with the software that was used and they agree with my suspicions. Further troublesome is the undeniable

[margin note: Was anyone else involved?]

(Del. Rev. 11/14) Pro Se General Complaint Form

INVOLVEMENT THAT THE VARIOUS STATE AGENCIES HAVE HAD SINCE THIS HAS ALL TAKEN PLACE. APPOINTED JUDGES HAVE REFUSED ACCESS TO VITAL INFORMATION, SUCH AS THE EXTRACTION REPORT'S 'RAW IMAGE' (FIRST STEP OF THE EXTRACTION), ACCESS TO MULTIPLE MISCODED POLICE REPORTS (THAT WOULD FURTHER CORROBORATE MY POSITION), AND ACCESS TO THE ORIGINAL PICTURES SUBMITTED AT MY PFA HEARING, ALL VITAL TO MY LEGAL RIGHT TO APPEAL PROCESS. THERE ARE AUDIO AND VIDEO EVIDENCE THAT SUPPORT MY CLAIMS. AND WITH ACCESS TO THE MIDDLETOWN POLICE DEPT'S, DELAWARE STATE POLICE TROOP #2'S, AND THE NEWCASTLE COUNTY COURTHOUSE'S SURVEILLANCE CAMERA FOOTAGE, I CAN EASILY SHOW IN FURTHER DETAIL HOW THE STATE HAS USED ILLEGAL AND UNETHICAL BEHAVIOR IN TRYING TO PREVENT ME FROM MOVING FORWARD WITH THIS CIVIL RIGHTS CIVIL SUIT. CELL PHONE RECORDS WILL ALSO SHOW THE DIRECT CORRELATION AMONGST THE ACTIONS OF VARIOUS AGENCIES AND CHAIN OF EVENTS.

[Who did what?]

ULTIMATELY, THE CELL PHONE EXTRACTIONS DONE, CLEARLY OVER-STEP THE SEARCH WARRANTS IN EVERY POSSIBLE WAY. (WARRANTS LIMIT THE SEARCH TO ONE PERSON OVER A VERY SHORT PERIOD OF TIME) THE 'SCRUBBED' REPORT (INFO ERASED) WAS 4,376 PAGES OF HIGHLY PRIVATE AND PERSONAL INFORMATION. IE.— EMAILS FROM 10YRS AGO, ALL ACCOUNT PASSWORDS, X-RATED PICS, ETC....

(Del. Rev. 11/14) Pro Se General Complaint Form

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

Severe emotional and psychological trauma that has not only impacted myself, but also members of my family and loved ones. Also my personal character has be unjustly publically defamed, resulting in loss of long-time friends, strained relationships with family members, and impacted personal romantically involved relationships. In addition, the overwhelming political influence this has had also prevents me from proper protection as a citizen that should be provided by State Police.

## VI. RELIEF

The relief I want the court to order is:

[X] Money damages in the amount of: $ 825,000.—

[X] Other (explain):

Full disclosure of all information pertaining to this case (including PFA case, any and all police and state agencies interactions — official and unofficial) pertaining to me. Return of all collected cell-phone 'data' and other compiled data collected from my PC, internet provider, etc... I want all videos, pictures, and other related survillance records and the names of all parties involved. Lastly, I want a personal appology given to my mother for the emotional toll this entire ordeal has had on her — she didn't deserve this.

(Del. Rev. 11/14) Pro Se General Complaint Form

## VII. CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

06/15/2016
Dated

[signature]
Plaintiff's Signature

SHOTWELL, MARK, J
Printed Name (Last, First, MI)

11 W. MAIN ST.     NEWARK     DE     19702
Address            City        State   Zip Code

(302) 518-5983
Telephone Number

MARKJSHOTWELL@YAHOO.COM
E-mail Address (if available)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

**State of Delaware vs. Mark Shotwell**
**Case # 1510008165**
**Court Proceedings Timeline**

- Date of Arrest: (for alleged pfa violation)     October 16, 2015

- Signed Waiver of Arraignment w/ Public Defender's Office:     October 21, 2015

- **Dunlavey Letter of Case Assignment –Dated:     October 22, 2015

- **Dunlavey Ch16 Discovery Request to State –Dated:     October 22, 2015

- Arraignment Scheduled Date:     October 28, 2015

- ** [Personally made 10+ Phones calls to contact Assigned Attorney (Dunlavey) to try to find out about discovery information.... Left numerous msgs with staff, and on Dunlavey's answering machine .... NO REPLY]

- Court 1st Trial Date:     December 14, 2015

- ** [Again, personally made 10+ Phones calls to contact Attorney (Dunlavey) inquiring about status of discovery.... Again, left numerous msgs with staff, and on Dunlavey's answering machine .... STILL NO REPLY]

- Court 2nd Trial Date:     February 08, 2016

- Received 'Conflict Letter' from Public Defender's Office- Dated:     February 10, 2016
  [Consisted of a 2 sentence letter/ notice informing me they suddenly could NOT represent me any longer, but did not provide any reasoning as to why]

- Collins & Associates Letter of Appointment     February 17, 2016
  [Private-firm hired by State as new Legal Counsel]

- Collins & Associates Filed for Ch16 Discovery:     February 17, 2016
  [Dated from entry on Court Docket]
  **First time motion for Discovery was ever filed!!!

- Court 3rd Trial Date:     March 14, 2016

- Received Discovery Documents, BUT STILL NO PHONE Report/ Records/ etc... Delivered via Mail- Dated:     March 25, 2016

- Notice of Nolle Prosequi Letter- [Case was Dismissed]     March 28, 2016

- Finally Received Disc of pdf Cellebrite Extraction Reports     March 28, 2016

<u>VERY STRANGE TIMELINE OF EVENTS, STRANGEST BEING:</u>

*** Date Listed on CELLEBRITE Extraction Reports is 02/02/2016!!!!


TimeLine!