# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARK J. SHOTWELL, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | |
| v. | ) | Civil Action No.: 16-441 RGA |
| | ) | |
| | ) | |
| MIDDLETOWN POLICE | ) | |
| DEPARTMENT, et al., | ) | |
| | ) | |
| Defendants | | |

## DEFENDANT'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT WITH AFFIRMATIVE DEFENSES

Remaining Non-Dismissed Defendant, Detective Stafford, by and through his undersigned counsel, Margolis Edelstein, hereby submits its Answer to *Pro Se* Plaintiff Mark Shotwell's Second Amended Complaint with Affirmative Defenses. Under Federal Rule of Civil Procedure 8(b), Defendant generally denies all averments of the Complaint except such designated averments or paragraphs as Defendant expressly admits below.[1]

1. Paragraph beginning "In response to the Court's…": To the extent it is deemed factual, Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph and thus they are effectively denied.

2. Paragraph beginning: "In previously filings…": To the extent it is deemed factual, Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph and thus they are effectively denied. This paragraph also appears to

---

[1] Plaintiff's Second Amended Complaint does not contain numbered paragraphs; however, Defendant responds to each paragraph separately as they appear in the Second Amended Complaint, constituting thirteen (13) separate paragraphs.

contain legal conclusions to which no response is required.

3. Paragraph beginning: "However, I wish to further clarify…": To the extent it is deemed factual, Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph and thus they are effectively denied.

4. Paragraph beginning: "These highly-invasive…": This paragraph contains legal conclusions to which no response is required. Further, it is specifically denied that Defendant engaged in any wrongdoing or conduct that violated Plaintiff's rights.

5. Paragraph beginning: "In total 4,376 pages…": To the extent it is deemed factual, Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph and thus they are effectively denied. To the extent this paragraph contains legal conclusions, no response is required.

6. Paragraph beginning: "As example…": To the extent it is deemed factual, Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph and thus they are effectively denied.

7. Paragraph beginning "A total of 13,655…": To the extent it is deemed factual, Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph and thus they are effectively denied. To the extent this paragraph contains legal conclusions, no response is required.

8. Paragraph beginning: "Therefore I wish…": To the extent it is deemed factual, Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph and thus they are effectively denied. To the extent this paragraph contains legal conclusions, no response is required. Further, it is specifically denied that Defendant engaged in any wrongdoing or conduct that violated Plaintiff's rights.

9.  Paragraph beginning: "As for my claims…": To the extent it is deemed factual, Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph and thus they are effectively denied. To the extent this paragraph contains legal conclusions, no response is required.

10. Paragraph beginning: "The most interesting…": To the extent it is deemed factual, Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph and thus they are effectively denied.

11. Paragraph beginning: "Months later after…": To the extent it is deemed factual, Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph and thus they are effectively denied.

12. Paragraph beginning: "Every private cellular…": To the extent it is deemed factual, Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph and thus they are effectively denied.

13. Paragraph beginning "I ask the Court…": To the extent it is deemed factual, Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph and thus they are effectively denied. To the extent this paragraph contains legal conclusions, no response is required.

## AFFIRMATIVE DEFENSES

1.  Defendant hereby incorporates by this reference their responses to all paragraphs of the Second Amended Complaint.

2.  Plaintiff fails to state a claim upon which relief can be granted.

3.  Defendant is immune from liability under the Eleventh Amendment.

4.  Defendant is entitled to qualified immunity.

5.     As to any claims under state law, Defendant is entitled to immunity under the State Tort Claims Act, 10 Del. C. § 4001, *et seq*.

6.     If Plaintiff suffered any damages or losses, such damages or losses were caused in whole or in part by Plaintiff's own acts, omissions or conduct.

7.     Plaintiff failed to mitigate his damages, if any.

8.     Plaintiff has failed to plead facts sufficient to warrant the imposition of punitive damages against Defendant.

9.     Defendant reserves the right to assert additional defenses as they may become known through the course of discovery.

WHEREFORE, Defendant respectfully asks that this Honorable Court enter judgment dismissing the Second Amended Complaint of Plaintiff Mark J. Shotwell with prejudice, and further that this Honorable Court grant Defendant an award of costs and attorney's fees and grant such other relief as may be just and proper.

          Respectfully submitted,

          */s/Sarah M. Ennis*
          Herbert W. Mondros, Esquire (DE #3308)
          Sarah M. Ennis, Esquire (DE #5745)
          MARGOLIS EDELSTEIN
          300 Delaware Avenue, Suite 800
          Wilmington, DE 19801
          (302) 888-1112– Telephone
          (302) 888-1119 – Facsimile
          hmondros@margolisedelstein.com
          sennis@margolisedelstein.com
          *Attorneys for Defendants*

DATED:  September 7, 2017