# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK J. SHOTWELL, ) | |
| Plaintiff, ) | Civil Action No. 16-441-RGA |
| v. ) | Jury Trial Demanded |
| DETECTIVE STAFFORD, ) | |
| Defendant, ) | |

## NOTICE OF NO OPPOSITION TO PLAINTIFF'S MOTION FOR CONTINUANCE OF SCHEDULING ORDER TIMELINE (WITH a CURRENT DEADLINE OF JANUARY 8, 2018, to COMPLETE DISCOVERY)

On December 22, 2017, Plaintiff had docketed a motion to extend the current Scheduling Order discovery deadline of January 8, 2018. Defendant does not oppose this motion.

Plaintiff's deposition is currently scheduled for December 28, 2017. A deposition on that date will be non-productive, as neither Plaintiff's answers to interrogatories nor answers to Request for Production of Documents have been received by the defense. The Defendant will file a notice of cancellation of the December 28, 2017 deposition and await further action by the Court.

        Respectfully submitted,

        MARGOLIS EDELSTEIN

        /s/ Diane M. Coffey
        Diane M. Coffey, Esquire (#200001)
        300 Delaware Avenue, Suite 800
        Wilmington, DE 19801
        302.888.1112 Telephone
        302.888.1119 Facsmile
        dcoffey@margolisedelstein.com
        Counsel to Defendants

Date: December 26, 2017