IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARK J. SHOTWELL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 16-441-RGA |
| | : | |
| DETECTIVE STAFFORD, | : | |
| | : | |
| Defendant. | : | |

## ORDER

WHEREAS, Plaintiff has filed a motion requesting an extension of the scheduling order deadlines (D.I. 39);

WHEREAS, Defendant has responded and does not oppose the extension request (D.I. 42);

NOW THEREFORE, IT IS HEREBY ORDERED that, the motion requesting an extension (D.I. 39) is GRANTED. All discovery in this case shall now be completed on or before **April 9, 2018,** and dispositive motions shall be served and filed on or before **July 9, 2018.**

December 28, 2017
Date

_____
United States District Judge