## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

MARK J. SHOTWELL,

        Plaintiff,

v.

DET. STAFFORD,

        Defendant.

Civil Action No.: 16-441-RGA

## MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION TO RESCEDULE THE DEADLINE FOR SUMMARY JUDGMENT MOTIONS AND FOR A SCHEDULING CONFERENCE

In support of his Motion to Reschedule the Deadline for Summary Judgment Motions and for a Scheduling Conference, Plaintiff respectfully provides these points and authorities:

1. FED. R. CIV. P. 16 (a)(4) ("In any action, the court may order the attorneys and any unrepresented parties to appear for one or more pretrial conferences for such purposes as:… (4) improving the quality of the trial through more thorough preparation…")

2. FED. R. CIV. P. 1 (the Rules of Civil Procedure "should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding.").

3. *In re Huertas*, 274 F. App'x 118, 120-21 (3d Cir. 2008) ("how a district court controls its docket is committed to its sound discretion.") (citing *In re Fine Paper Antitrust Litigation*, 685 F.2d 810, 817 (3d Cir. 1982)).

4. *Welch & Forbes, Inc. v. Cendant Corp.* (*In re Cendant Corp. Prides Litig.*), 233 F.3d 188, 192 (3d Cir. 2000) ("We review the District Court's modification of its own order establishing a deadline for abuse of discretion.") (*citing Dominic v. Hess Oil V.I.*, 841 F.2d 513, 516 (3d Cir. 1988)).

REGER RIZZO & DARNALL LLP

Date:  June 20, 2018

*/s/ Louis J. Rizzo, Esquire*
Louis J. Rizzo, Esquire (#3374)
1523 Concord Pike, Suite 200
Brandywine Plaza East
Wilmington, DE 19803
302-477-7100 (phone)
302-652-3620 (facsimile)
lrizzo@regerlaw.com
Attorneys for Plaintiff


*/s/ James L. Griffith, Jr., Esquire*
James L. Griffith, Jr., Esquire
Attorney I.D. #74126
REGER RIZZO & DARNALL LLP
Cira Centre, 13th Floor
2929 Arch Street
Philadelphia, PA 19104-2899
(215) 495-6500
jgriffith@regerlaw.com
*Pro Hac Vice Application Pending*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

MARK J. SHOTWELL,

          Plaintiff,

v.

DET. STAFFORD,

          Defendant.

Civil Action No.: 16-441-RGA

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify on this 20th day of June, 2018 that a copy of the Memorandum of Law in Support of Plaintiff's Motion to Reschedule the Deadline for Summary Judgment Motions and for a Scheduling Conference has been served electronically through PACER upon all counsel of record and by First Class Mail, postage prepaid, upon:

Scott E. Chambers, Esquire
Schmittinger & Rodriguez
414 S. State Street
P.O. Box 497
Dover, DE  19903

REGER RIZZO & DARNALL LLP

Date:  June 20, 2018

*/s/ Louis J. Rizzo, Esquire*
Louis J. Rizzo, Esquire (#3374)
1523 Concord Pike, Suite 200
Brandywine Plaza East
Wilmington, DE 19803
302-477-7100 (phone)
Attorneys for Plaintiff